UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

FISHER-PRICE, INC.,
MATTEL, INC.,

                                    Plaintiffs,                    **ORDER**

         v.                                                        **10-CV-988A(F)**

KIDS II, INC.,

                                    Defendant.


         By papers filed July 5, 2012, Defendant moves to extend fact discovery (Doc.

No. 84).  Plaintiffs' response shall be filed not later than **July 19, 2012**.  Defendant's

reply, if any, shall be filed not later than **July 23, 2012**.  Oral argument shall be at the

discretion of the court.

SO ORDERED.

                                             /s/ *Leslie G. Foschio*

                                    _____
                                             LESLIE G. FOSCHIO
                                    UNITED STATES MAGISTRATE JUDGE

Dated: July 11, 2012
          Buffalo, New York